UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK DAVID SEGELSTROM, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>CITIBANK, NA, et al.,<br><br>   Defendants. | Case No.  15-cv-02155-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 10 |

Before the Court is Defendant County of Mendocino's motion to dismiss.  ECF No. 10. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for July 16, 2015, is hereby VACATED.

IT IS SO ORDERED.

Dated: July 7, 2015

_____
JON S. TIGAR
United States District Judge