UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK DAVID SEGELSTROM, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITIBANK, NA, et al.,<br><br>    Defendants. | Case No. 15-cv-02155-JST<br><br>**ORDER ACCEPTING PLAINTIFFS' LATE-FILED OPPOSITION TO MOTION TO DISMISS**<br><br>Re: ECF No. 15, 16 |

Defendant County of Mendocino filed a motion to dismiss the Complaint against it in this action on June 5, 2015. ECF No. 10. Pursuant to Civil Local Rule 7-3(a), any opposition to the motion was due by June 19, 2015. Plaintiffs, proceeding pro se, submitted an opposition brief out of time on July 13, 2015. ECF No. 16. Defendant County of Mendocino has objected to this Court's consideration of the opposition on account of its untimeliness. ECF No. 17.

Although the opposition was not timely, the Court acknowledges that Plaintiffs are proceeding pro se and are not electronic filers. Accordingly, the Court will accept Plaintiff's opposition although it was filed out of time. Should they wish to file a reply to Plaintiffs' opposition, Defendants shall have until July 31, 2015 to do so.

Plaintiffs are cautioned that they must comply with all court rules in the future, including the Northern District of California's Local Rules and the Federal Rules of Civil Procedure, available at http://www.cand.uscourts.gov/localrules/civil.

IT IS SO ORDERED.

Dated: July 16, 2015

                                                    JON S. TIGAR
                                        United States District Judge