UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIK DAVID SEGELSTROM, et al.,

    Plaintiffs,

v.

CITIBANK, NA, et al.,

    Defendants.

Case No. 15-cv-02155-JST

**ORDER VACATING HEARING**

Re: ECF Nos. 12, 13

Before the Court is Defendant Nationstar Mortgage, LLC's motion to dismiss the complaint with prejudice, ECF No. 12, and motion for an order for a limited pre-filing injunction. ECF No. 13. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for July 30, 2015, is hereby VACATED.

IT IS SO ORDERED.

Dated: July 20, 2015

                                    JON S. TIGAR
                            United States District Judge