UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK DAVID SEGELSTROM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITIBANK, NA, et al., <br><br> Defendants. | Case No.  15-cv-02155-JST <br><br> **ORDER DISMISSING REMAINING DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(M)** <br><br> Re: ECF No. 21 |

On August 24, 2015, this Court dismissed defendants Nationstar Mortgage and County of Mendocino, and also issued an order to show cause why the remaining Defendants in this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m), because those defendants had not been served within 120 days after the filing of the complaint.  ECF No. 21. The Court ordered Plaintiffs either to serve the remaining defendants or file a written response to the order to show cause by September 12, 2015.  Id.

Plaintiffs have neither filed any response to the Court's order nor served the remaining Defendants.

Pursuant to Rule 4(m), the Court now dismisses the following defendants without prejudice:  Citibank, N.A.; TFLG, A Law Corporation; Eric G. Fernandez; and Wilmington Trust, N.A.  The clerk shall close the file.

IT IS SO ORDERED.

Dated: September 15, 2015

_____
JON S. TIGAR
United States District Judge